UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ARCURE, et al., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al., <br><br> Defendants. | CASE NO. CV F 13-0541 LJO BAM <br><br> **ORDER TO STRIKE DUPLICATIVE COMPLAINTS** <br> (Docs. 2-5) |

On April 16, 2013, plaintiffs filed five duplicative complaints (docs. 1-5). The duplicative complaints are unnecessary. As such, this Court strikes duplicative complaints docs. 2-5.

IT IS SO ORDERED.

Dated: **June 7, 2013**   /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1