UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ARCURE, et al., et al.,<br>　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al.,<br><br>　　　　　　Defendants. | CASE NO. CV F 13-0541 LJO BAM<br><br>**ORDER TO VACATE HEARING AND TO SET BRIEIFING**<br>(Docs. 10, 12, 13, 16-18) |

On June 6, 2013, defendant Department of Developmental Service ("DDS") filed motions and amended motions to dismiss, strike and for a more definite statement and set ultimately a July12, 2013 hearing before Magistrate Judge Barbara A. McAuliffe. In the absence of Magistrate Judge consent, U.S. District Judge Lawrence J. O'Neill will rule on the motions to dismiss, strike and for a more definite statement, as necessary. As such, this Court:

1. VACATES all July 12, 2013 hearings set by DDS;
2. ORDERS plaintiffs, no later than June 28, 2013, to file and serve either: (a) an amended complaint as a matter of course under F.R.Civ.P 15(a); or (b) papers to respond to DDS' motions to dismiss, strike and for a more definite statement;
3. ORDERS DDS, no later than July 10, 2013, to file reply papers, if plaintiffs oppose the motions to dismiss, strike and for a more definite statement; and/or

1

4. ORDERS DDS, no later than July 22, 2013, to file papers to respond to plaintiffs' amended complaint, if plaintiffs elect to file an amended complaint rather than papers to oppose the motions to dismiss, strike and for a more definite statement.

Pursuant to its practice, this Court will rule on motions on the record without a hearing (*see* Local Rule 230(g)), unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:   **June 7, 2013**                                   **/s/ Lawrence J. O'Neill**
                                                                                  UNITED STATES DISTRICT JUDGE