UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ARCURE, et al., et al., | CASE NO. CV F 13-0541 LJO BAM |
| Plaintiffs, | **ORDER TO TERM MOTIONS** (Docs. 16-18) |
| vs. | |
| CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al., | |
| Defendants. _____/ | |

    This Court's June 7, 2013 order addressed defendant Department of Developmental Service's ("DDS'") motions to dismiss, strike and for a more definite statement. In response to the order, plaintiffs filed their First Amended Complaint ("FAC") as a matter of course under F.R.Civ.P 15(a).

    U.S. District Judges in the Eastern District of California carry the heaviest caseload in the nation and are unable to devote inordinate time and resources to individual cases and matters. As such, U.S. District Judge Lawrence J. O'Neill relies on U.S. Magistrate Judges to handle civil matters, including trial when parties consent to U.S. Magistrate Judge jurisdiction. The Magistrate Judges' availability is far more realistic and accommodating to parties than that of the Judge O'Neill, who must prioritize criminal and older civil cases over more recently filed civil cases. If the parties consent to Magistrate Judge jurisdiction, the reassigned Magistrate Judge can better accommodate the parties.

Moreover, civil trials set before Judge O'Neill trail until he becomes available and are subject to suspension mid-trial to accommodate criminal matters. Civil trials are no longer reset to a later date if Judge O'Neill is unavailable on the original date set for trial.  If a trial trails, it may proceed with little advance notice, and the parties and counsel may be expected to proceed to trial with less than 24 hours notice.  Also, this Court's Fresno Division randomly and without advance notice reassigns civil actions to U.S. District Judges throughout the nation to serve as visiting judges. In the absence of Magistrate Judge consent, this action is subject to reassignment to a U.S. District Judge from outside the Eastern District of California.  Case management difficulties, including law and motion, briefing schedules, trial setting and interruption, are avoided if the parties consent to conduct of further proceedings by a Magistrate Judge.

The parties are required to consider, and if necessary, to reconsider consent to one of the Court's Magistrate Judges.  A Magistrate Judge consent form is available on this Court's website. The parties and counsel are encouraged to contact United States Senators Diane Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this action.  For further information regarding handling of this action, the parties may contact staff attorney Gary Green at (559) 499-5683 or email him at ggreen@caed.uscourts.gov.

On the basis of good cause, this Court:

1. DENIES as moot DDS' motions to dismiss, strike and for a more definite statement (docs 16-18);

2. DIRECTS the clerk to term docs. 16-18; and

3. ORDERS DDS, no later than July 18, 2013, to file and serve a response to the FAC.

/ / /

/ / /

/ / /

/ / /

/ / /

1   This Court will take no further action on DDS' motions to dismiss, strike and for a more
2   definite statement (docs 16-18).

6   IT IS SO ORDERED.

7   Dated:   **June 25, 2013**                              **/s/ Lawrence J. O'Neill**
8                                                          UNITED STATES DISTRICT JUDGE