KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Matthew.Besmer@doj.ca.gov
*Attorneys for Defendant Department of Developmental Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **YVONNE ARCURE, KEVIN COOK, JOSEPH FESSENDEN, LISA HUFF & KATHREN WOODSIDE,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, MICHAEL FLORES, and MARK RODRIGUEZ,**<br><br>Defendants. | 1:13-cv-00541-LJO-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

WHEREAS, Plaintiffs filed their complaint on April 16, 2013;

WHEREAS, Defendant Department of Developmental Services ("DDS") filed motions to dismiss, strike, and for a more definite statement on June 6, 2013, to be heard on July 9, 2013;

WHEREAS, the Court issued an order on June 7, 2013, vacating the July 9, 2013, hearing date and set a briefing schedule on the motions;

WHEREAS, Plaintiffs filed their first amended complaint on June 24, 2013, in accordance with the Court's briefing schedule;

1

WHEREAS, in response to Plaintiffs' first amended complaint, the Court issued an Order to Term Motions on June 25, 2013, directing DDS to file its responsive pleading on or before July 18, 2013;

WHEREAS, pursuant to the Court's Order Setting Mandatory Scheduling Conference, the joint scheduling conference is currently set for August 1, 2013, at 9:00 a.m. in Courtroom 8;

WHEREAS, the parties believe that additional time is needed to address the matters set forth in the Court's Order Setting Mandatory Scheduling Conference in light of (a) Plaintiffs' recently filed first amended complaint that asserts twenty-seven causes of action compared to the original complaint that asserted five causes of action, (b) DDS's response to the first amended complaint being due less than two weeks before the scheduling conference currently set for August 1, 2013, and (c) to allow time to attempt to negotiate a potential settlement with two of the plaintiffs.

IT IS HEREBY STIPULATED by and between their respective counsel, that:

1. The Mandatory Scheduling Conference previously scheduled for August 1, 2013, should be continued to October 1, 2013, at 9:00 a.m. in Courtroom 8, or at such time thereafter as may be set by the Court.

Dated: June 28, 2013          OFFICE OF THE ATTORNEY GENERAL

By: */s/ Matthew T. Besmer*
    MATTHEW T. BESMER
    Deputy Attorney General
    Attorneys for Defendant Department of
    Developmental Services

Dated: June 28, 2013          LAW OFFICES OF LAWRENCE J. KING

By: */s/ Lawrence J. King*
    LAWRENCE J. KING
    Attorney for Plaintiffs Yvonne Arcure,
    Kevin Cook, Joseph Fennesden, Lisa
    Huff & Kathren Woodside

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference in this action, previously scheduled for August 1, 2013, shall be continued to October 2, 2013, at 9:00 a.m. in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **July 3, 2013**

UNITED STATES MAGISTRATE JUDGE