UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

YVONNE ARCURE, et al.,                    CASE NO. CV F 13-0541 LJO BAM

                    Plaintiffs,           **ORDER TO SHOW CAUSE AND TO
                                          VACATE HEARING**
                                          (Docs. 27-30.)

          vs.

CALIFORNIA DEPARTMENT OF
DEVELOPMENTAL SERVICES, et al.,

                    Defendants.
_____/

          Defendants filed motions to dismiss, strike and severe and set an August 12, 2013
hearing in disobedience of Local Rule 230(b).  Setting a hearing with less than 28 days notice
disparages this Court's rules and case management and puts undue pressure on plaintiffs.
Moreover, this Court is obligated to maximize limited judicial resources and to best manage
U.S. District Judge Lawrence J. O'Neill's burdensome caseload of more than 1,800 cases.
This Court is unable to manage and process cases to suit defendants' whim.  Allowing a
hearing to proceed without required notice would jeopardize this Court's delicate case
management, would devote inordinate resources to this action at the expense of other actions
and litigants, and would unnecessarily burden plaintiffs.  This Court is unable to devote
inordinate efforts and resources to oversee and address defendants' disobedience of Court
rules.

1

On the basis of good cause, this Court:

1. VACATES the August 12, 2013 hearing set by defendants in disobedience of Local Rule 230(b);

2. ORDERS plaintiffs, no later than August 2, 2013, to file and serve papers to respond to defendants' motions to dismiss, strike and severe (docs. 27-30);

3. ORDERS defendants, no later than August 9, 2013, to file and serve optional reply papers;

4. ORDERS defense counsel, no later than July 24, 2013, to file and serve papers to show cause why this Court should not impose sanctions on defense counsel and/or defendants for disobedience of Local Rule 230(b); and

5. ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

Pursuant to its practice, this Court will consider defendants' motions to dismiss, strike and severe (docs. 27-30) on the record without oral argument.

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters. The parties and counsel are encouraged to contact United States Senators Diane Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this action. The parties are required to consider, and if necessary, to reconsider consent to one of the Court's U.S. Magistrate Judges to conduct all further proceedings in that the Magistrate Judges' availability is far more realistic and accommodating to parties than that of U.S. District Judge Lawrence J. O'Neill who must prioritize criminal and older civil cases. A Magistrate Judge consent form is available on this Court's website.

Civil trials set before Judge O'Neill trail until he becomes available and are subject to suspension mid-trial to accommodate criminal matters. Civil trials are no longer reset to a later date if Judge O'Neill is unavailable on the original date set for trial. If a trial trails, it may proceed with little advance notice, and the parties and counsel may be expected to proceed to

trial with less than 24 hours notice.  Moreover, this Court's Fresno Division randomly and without advance notice reassigns civil actions to U.S. District Judges throughout the nation to serve as visiting judges.  In the absence of Magistrate Judge consent, this action is subject to reassignment to a U.S. District Judge from outside the Eastern District of California.  Case management difficulties, including trial setting and interruption, are avoided if the parties consent to conduct of further proceedings by a U.S. Magistrate Judge.

IT IS SO ORDERED.

   Dated:   **July 18, 2013**                              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE