KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721
Telephone: (559) 477-1680
Fax: (559) 445-5106
E-mail: Matthew.Besmer@doj.ca.gov
*Attorneys for Defendant California Department of Developmental Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**YVONNE ARCURE, KEVIN COOK, JOSEPH FESSENDEN, LISA HUFF & KATHREN WOODSIDE,**

Plaintiffs,

**v.**

**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, SCOTT GARDNER, DOUGLAS LOEHNER, DAVID CORRAL, MICHAEL FLORES, and MARK RODRIGUEZ,**

Defendants.

1:13-cv-00541-LJO-BAM

**STIPULATION TO WITHDRAW MOTIONS AND VACATE SCHEDULING CONFERENCE; TO REQUEST AN EARLY SETTLEMENT CONFERENCE; AND TO SET STATUS CONFERENCE**

| | |
|---|---|
| Date: | October 2, 2013 |
| Time: | 9:00 a.m. |
| Courtroom: | 8 |
| Judge: | The Honorable Lawrence J. O'Neill |
| Trial Date: | TBA |
| Action Filed: | April 16, 2013 |

WHEREAS, Plaintiffs filed their complaint on April 16, 2013;

WHEREAS, Defendant Department of Developmental Services ("DDS") responded to Plaintiffs' complaint by filing motions to dismiss, strike, and for a more definite statement on June 6, 2013;

WHEREAS, Plaintiffs filed their first amended complaint on June 24, 2013;

/ / /

WHEREAS, Plaintiffs and DDS filed a stipulation to continue the mandatory scheduling conference on June 28, 2013;

WHEREAS, this Court issued an order on July 3, 2013, continuing the mandatory scheduling conference until October 2, 2013;

WHEREAS, DDS responded to Plaintiffs' first amended complaint by filing motions to dismiss, strike, and sever on July 17, 2013;

WHEREAS, this Court issued a briefing schedule on DDS' motions on July 18, 2013, and ordered oppositions to be filed by August 2, 2013;

WHEREAS, Plaintiffs filed non-oppositions to certain motions on July 18, 2013, and stated that the parties may be stipulating to allow Plaintiffs to file a second amended complaint;

WHEREAS, this Court issued an order dismissing certain causes of action, striking certain prayers for relief, and confirming the briefing schedule on the motions to dismiss and sever on July 19, 2013, and ordered that any stipulation to amend be filed by August 2, 2013;

WHEREAS, the parties continue to negotiate a resolution to the claims made by plaintiffs Huff and Woodside and that the parties are optimistic about a resolution;

WHEREAS, Huff, Woodside and DDS believe that their settlement efforts may be furthered by submitting Huff's and Woodside's claims to an early settlement conference;

WHEREAS, the parties believe that litigating the motions now on calendar may be counterproductive to their settlement efforts;

WHEREAS, the parties believe that they will be better positioned to enter into a stipulation, if any, regarding leave to amend the first amended complaint following Huff's, Woodside's, and DDS' participation in an early settlement conference;

WHEREAS, the structure of this action will change if Huff's and Woodside's claims are settled and that the uncertainty of how this action will proceed presents challenges to completing the joint scheduling conference requirements and entering into any stipulation to amend the first amended complaint;

/ / /

/ / /

WHEREAS, Plaintiffs and DDS believe that judicial economy is served by entering into this stipulation,

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs' and DDS' respective counsel, that:

1. DDS' motions to dismiss and sever be withdrawn without prejudice;

2. The Mandatory Scheduling Conference scheduled for October 2, 2013, be vacated;

3. Huff's and Woodside's claims shall be referred to a magistrate for an early settlement conference pursuant to Local Rule 270, which the parties will seek to schedule as early as September 10, 2013, or as soon thereafter pending the magistrate's availability.

4. This Court set a status conference for December 16, 2013, or as otherwise ordered. By December 2, 2013, or as otherwise ordered, the parties shall file a joint status report to inform the Court of progress on settlement, and the parties shall propose a schedule as to (a) when Plaintiffs will file either a motion for leave to amend their first amended complaint, or a stipulation to file a second amended complaint; (b) when DDS will file either its opposition to Plaintiffs' motion for leave to amend, or response to Plaintiffs' second amended complaint; and (c) the Mandatory Scheduling Conference date.

SO STIPULATED

Dated: August 2, 2013

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

/s/ Matthew T. Besmer

MATTHEW T. BESMER
Deputy Attorney General
*Attorneys for Defendant*
*Department of Developmental Services*

Dated: August 2, 2013

Respectfully submitted,

LAW OFFICES OF LAWRENCE J. KING

/s/ Lawrence J. King

Lawrence J. King
*Attorney for Plaintiff*

**ORDER -- *COURT LANGUAGE ADDED TO PROPOSED ORDER***

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor: IT IS HEREBY ORDERED that

1. DDS's motions to dismiss and sever are withdrawn without prejudice;

2. The Mandatory Scheduling Conference scheduled for October 2, 2013, is vacated;

3. Huff's and Woodside's claims shall be referred to Magistrate Judge Barbara McAulifee for an early settlement conference pursuant to Local Rule 270, and the parties shall contact Judge McAuliffe's chambers to schedule the settlement conference;

4. Judge McAuliffe will set a status conference. No less than seven days prior to the status conference, the parties shall file a joint status report to inform the Court of progress on settlement, and the parties shall propose a schedule as to (a) when Plaintiffs will file either a motion for leave to amend their first amended complaint, or a stipulation to file a second amended complaint; (b) when DDS will file either its opposition to Plaintiffs' motion for leave to amend, or response to Plaintiffs' second amended complaint; and (c) the Mandatory Scheduling Conference date.

IT IS SO ORDERED.

Dated: **August 8, 2013**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE