KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Matthew.Besmer@doj.ca.gov
*Attorneys for Defendant California Department of Developmental Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| YVONNE ARCURE, KEVIN COOK, JOSEPH FESSENDEN, LISA HUFF & KATHREN WOODSIDE,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, SCOTT GARDNER, DOUGLAS LOEHNER, DAVID CORRAL, MICHAEL FLORES, and MARK RODRIGUEZ,<br><br>　　　　　　　　　　　Defendants. | 1:13-cv-00541-LJO-BAM<br><br>**STIPULATION AND ORDER SCHEDULING SETTLEMENT CONFERENCE**<br><br>Date:　　　　September 19, 2013<br>Time:　　　　9:30 a.m.<br>Courtroom:　8<br>Judge:　　　　The Honorable Barbara A. McAuliffe<br><br>Trial Date:　　TBA<br>Action Filed:　April 16, 2013 |

**STIPULATION**

Pursuant to the Court's order dated August 8, 2013, it is hereby stipulated by and between Plaintiffs' and DDS' respective counsel, that:

1. A settlement conference for Plaintiffs Huff's and Woodside's claims shall be scheduled before Magistrate Judge Barbara A. McAuliffe for September 19, 2013, at 9:30 a.m., in Courtroom 8.

1

2. The parties shall submit confidential settlement conference statements directly to Magistrate Judge McAuliffe on or before September 12, 2013. Those confidential statements will not be filed with the court.

SO STIPULATED

Dated:  August 8, 2013                    Respectfully Submitted,

                                          KAMALA D. HARRIS
                                          Attorney General of California
                                          JUDITH A. RECCHIO
                                          Supervising Deputy Attorney General

                                          */s/ Matthew T. Besmer*

                                          MATTHEW T. BESMER
                                          Deputy Attorney General
                                          *Attorneys for Defendant*
                                          *Department of Developmental Services*


Dated:  August 8, 2013                    Respectfully submitted,

                                          LAW OFFICES OF LAWRENCE J. KING


                                          */s/ Lawrence J. King*

                                          Lawrence J. King
                                          *Attorney for Plaintiff*

...

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. A settlement conference for Plaintiffs Huff's and Woodside's claims is scheduled before Magistrate Judge Barbara A. McAuliffe for September 19, 2013, at 9:30 a.m., in Courtroom 8.

2. The parties shall submit confidential settlement conference statements directly to Magistrate Judge McAuliffe on or before September 12, 2013. Those confidential statements will not be filed with the court.

IT IS SO ORDERED.

Dated:   August 9, 2013              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE