1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JUDITH A. RECCHIO, State Bar No. 163060
   Supervising Deputy Attorney General
3
4  MATTHEW T. BESMER, State Bar No. 269138
   Deputy Attorney General
5  2550 Mariposa Mall, Room 5090
   Fresno, CA 93721
6  Telephone: (559) 477-1680
   Fax: (559) 445-5106
7  E-mail: Matthew.Besmer@doj.ca.gov
   Attorneys for Defendant Department of
8  Developmental Services

9
   LAWRENCE J. KING (BAR NO. 120805)
10 Law Offices of Lawrence J. King
   11 Western Avenue
11 Petaluma, CA 94952
   Telephone:  (707) 769-9791
12 Facsimile:  (707) 769-9253

13
   Attorney for Plaintiffs
14

15                  **UNITED STATES DISTRICT COURT**

16                   **EASTERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN, | **Case No.**: 1:13-cv-0541-LJO-BAM |
| 19             Plaintiffs, | **ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |
| 20 | |
| 21       vs. | |
| 22  CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES, | [Case filed:  April 14, 2013] |
| 27             Defendants. | |

# ORDER

Good cause having been shown, based upon the parties' signed Joint Stipulation filed October 31, 2013 (Dkt. No. 49), and based on the records in the above-captioned action, this Court hereby orders as follows:

1. Plaintiffs' request for leave to file a Second Amended Complaint is GRANTED;

2. On or before November 8, 2013, Plaintiffs shall file their Second Amended Complaint, attached as Exhibit 1 to the Stipulation, as a separate entry in the docket for purposes of clarifying the record;

3. Defendant DDS shall have thirty days from the date of service to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **November 6, 2013**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE