UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ARCURE, et al., et al., <br><br>            Plaintiffs, <br><br>     vs. <br><br> CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al., <br><br>            Defendants. _____/ | CASE NO. CV F 13-0541 LJO BAM <br><br> **ORDER TO DISMISS CLAIMS OF PLAINTIFFS HUFF AND WOODSIDE** <br> (Doc. 61.) |

Based on the parties' stipulation (doc. 61) under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES with prejudice and in their entirety the claims of plaintiffs Lisa Huff and Kathren Woodside.

The clerk is directed not to close this action.

IT IS SO ORDERED.

   Dated:   **December 11, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

1