KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
AMY LINDSEY DOYLE State Bar No. 242205
Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
  2550 Mariposa Mall, Room 5090
  Fresno, CA  93721
  Telephone:  (559) 477-1680
  Fax:  (559) 445-5106
  E-mail:  Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants Department of Developmental Services, David Corral and Douglas Loehner*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES,**<br><br>Defendants. | 1:13-cv-00541-LJO-BAM<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS TO DISMISS DAVID CORRAL FROM THE THIRD AMENDED COMPLAINT ON GROUNDS THAT HIS DEBTS HAVE BEEN DISCHARGED IN BANKRUPTCY** [Rule 12(c)]<br><br>Date:           April 14, 2014<br>Time:          8:30 a.m.<br>Courtroom:  4<br>Judge:         Honorable Lawrence J. O'Neill<br>Trial Date:   TBA<br>Action Filed: April 16, 2013 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant David Corral ("Corral") has set his Motion for Judgment on the Pleadings for hearing on April 14, 2014, at 8:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, CA 93721.

1

This motion is being made on the following grounds pursuant to Federal Rule of Civil Procedure 12(c):

(1) As a matter of law, Plaintiff Arcure cannot obtain relief from Defendant Corral for sexual harassment under the California Fair Employment and Housing Act because Corral's debts were discharged in bankruptcy on December 20, 2012.

This motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice filed herewith, all applicable statutes, codes, regulations, cases, the pleadings and files in this action, and any argument that the Court may hear.

Dated: March 11, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

*/s/ Matthew T. Besmer*

MATTHEW T. BESMER
Deputy Attorney General
*Attorneys for Defendants
Department of Developmental Services,
David Corral, and Douglas Loehner*

SA2013110942
95098962.doc

2

Notice of Motion and Motion for Judgment on the Pleadings to Dismiss David Corral from the Third Amended Complaint [Rule 12(c)]  (1:13-cv-00541-LJO-BAM)