1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JUDITH A. RECCHIO, State Bar No. 163060
   Supervising Deputy Attorney General
3  AMY LINDSEY DOYLE State Bar No. 242205
   Deputy Attorney General
4  MATTHEW T. BESMER, State Bar No. 269138
   Deputy Attorney General
5    2550 Mariposa Mall, Room 5090
     Fresno, CA  93721
6    Telephone:  (559) 477-1680
     Fax:  (559) 445-5106
7    E-mail:  Matthew.Besmer@doj.ca.gov
   *Attorneys for Defendants Department of*
8  *Developmental Services, David Corral,*
   *Douglas Loehner and Michael Flores*

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      FRESNO DIVISION

13

14  **YVONNE ARCURE, KEVIN COOK, &**          1:13-cv-00541-LJO-BAM
    **JOSEPH FESSENDEN,**
15                                            **STIPULATION AND ORDER RE**
                                   Plaintiffs, **DEPOSITIONS BY ORAL**
16                                            **EXAMINATION**
              v.
17

18  **CALIFORNIA DEPARTMENT OF**
    **DEVELOPMENTAL SERVICES,**
19  **DEBORAH MEEKER, JEFFREY**
    **BRADLEY, DOUGLAS LOEHNER,**
20  **DAVID CORRAL, & MICHAEL FLORES,**

21                                 Defendants.

22

23
        The Parties stipulated to modifying the deposition limits provided by Federal Rule of
24
    Civil Procedure 30 in their Joint Scheduling Report (Doc. 114, ¶ 6(e)). Their stipulation was not
25
    ratified in the Joint Scheduling Order (Doc. 117). Their stipulation is reasonable and necessary
26
    given that the conduct Plaintiffs complain about occurred over the course of more than six years
27
    and was witnessed by numerous individuals.  Indeed, Plaintiffs disclosed 51 witnesses in their
28
                                        1

1  initial disclosures and  Defendants California Department of Developmental Services, Douglas
2  Loehner, and Michael Flores disclosed 57 witnesses.   The Parties request that the Court enter the
3  following stipulation as an Order:

4       The Parties stipulate that notwithstanding Rule 30(d), Plaintiffs Arcure, Cook, and
5  Fessenden may notice a combined total of 21 depositions. The Parties stipulate that Defendants
6  may notice a combined total of 21 depositions. Of these 21 depositions, Defendant Bradley may
7  notice a total of 2 depositions. Further, the Parties stipulate that the Parties may notice Extended
8  Depositions (a deposition of 12 hours over the course of two days) without leave of court as
9  follows:

10      Plaintiffs Arcure, Cook, and Fessenden may notice eight Extended Depositions; and
11      Defendants DDS, Loehner, and Flores may notice eight Extended Depositions.

12      Defendants may stipulate to re-allocate the number of depositions amongst themselves
13  without leave of court, and without approval or agreement from Plaintiffs.

14      The Parties may seek leave of court to notice additional depositions in accordance with
15  the Federal Rules of Civil Procedure.

16
17

18  **SO STIPULATED.**

19

20  Dated:  August 26, 2014                    Respectfully submitted,

21                                              KAMALA D. HARRIS
                                                Attorney General of California
22                                              JUDITH A. RECCHIO
                                                Supervising Deputy Attorney General
23

24                                              */s/ Matthew T. Besmer*

25                                              MATTHEW T. BESMER
                                                Deputy Attorney General
26                                              *Attorneys for Defendants*
                                                *Department of Developmental Services,*
27                                              *Douglas Loehner and Michael Flores*

28

2

Dated:  August 6, 2014                                         LAW OFFICES OF LAWRENCE J. KING

                                                                         /s/ Lawrence J. King

                                                                         _____
                                                                         Lawrence J. King, Attorney for
                                                                         Plaintiffs

Dated:  July 29, 2014                                          JEFFREY BRADLEY

                                                                         /s/ Jeffrey Bradley

                                                                         _____
                                                                         Jeffrey Bradley
                                                                         Pro Per

### ORDER

The Court having reviewed the foregoing Stipulation, and for good cause appearing, IT IS HEREBY ORDERED that:

Plaintiffs Arcure, Cook, and Fessenden may notice a combined total of 21 depositions. Defendants may notice a combined total of 21 depositions. Of these 21 depositions, Defendant Bradley may notice a total of 2 depositions. Further, the Parties may notice Extended Depositions (a deposition of 12 hours over the course of two days) without leave of court as follows:

1.       Plaintiffs Arcure, Cook, and Fessenden may notice eight Extended Depositions;

2.       Defendants DDS, Loehner, and Flores may notice eight Extended Depositions;

3.       Defendants may stipulate to re-allocate the number of depositions amongst themselves without leave of court, and without approval or agreement from Plaintiffs;

4.       The Parties may seek leave of court to notice additional depositions in accordance with the Federal Rules of Civil Procedure.

Notwithstanding the stipulation, the Court is concerned with the number of depositions, the expense, and the potential scheduling difficulties.  The parties are directed to meet and confer, with at least one telephonic meet and confer, and provide to the Court a proposed schedule for the anticipated depositions.  If the parties are uncertain of all persons/entities who/which will be deposed, the parties shall decide upon and propose a schedule for the first 10 depositions for each

side. (Each side must identify and propose a schedule for at least 10 persons/entities which that side wishes to depose.) The proposed schedule shall be provided to the Court in a status report filed no later than September 26, 2014.

IT IS SO ORDERED.

Dated:   __**September 3, 2014**__                        ____/s/ *Barbara A. McAuliffe*____

UNITED STATES MAGISTRATE JUDGE

4