1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JUDITH A. RECCHIO, State Bar No. 163060
   Supervising Deputy Attorney General
3  AMY LINDSEY DOYLE State Bar No. 242205
   Deputy Attorney General
4  MATTHEW T. BESMER, State Bar No. 269138
   Deputy Attorney General
5   2550 Mariposa Mall, Room 5090
    Fresno, CA  93721
6   Telephone:  (559) 477-1680
    Fax:  (559) 445-5106
7   E-mail:  Matthew.Besmer@doj.ca.gov
   *Attorneys for Defendants Department of*
   *Developmental Services, Douglas Loehner and*
8  *Michael Flores*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                       FRESNO DIVISION

12

13  **YVONNE ARCURE, KEVIN COOK, &**       1:13-cv-00541-LJO-BAM
    **JOSEPH FESSENDEN,**
14                                         **STIPULATED ORDER TO CONTINUE**
                              Plaintiffs,  **SETTLEMENT CONFERENCE**
15

16          v.

17  **CALIFORNIA DEPARTMENT OF**
    **DEVELOPMENTAL SERVICES,**
18  **DEBORAH MEEKER, JEFFREY**
    **BRADLEY, DOUGLAS LOEHNER,**
19  **DAVID CORRAL, & MICHAEL FLORES,**

20                              Defendants.

21

22        A settlement conference is currently scheduled for September 30, 2014.

23        Defendants Department of Developmental Services ("DDS"), Douglas Loehner

24  ("Loenher"), and Michael Flores ("Flores") need to complete some discovery before they are in a

25  position to evaluate the settlement potential of this case, and to meaningfully participate in a

26  settlement conference.

27        Defendant DDS propounded written discovery on Plaintiffs and the responses are

28  currently outstanding.  After Defendant DDS receives the written discovery responses, it intends

                                            1

to notice several depositions.

Accordingly, Plaintiffs and Defendants DDS, Loehner, and Flores, by and through their respective counsel, and Defendant Jeffery Bradley, pro se, hereby stipulate as follows:

1.   The settlement conference currently scheduled for September 30, 2014, shall be vacated; and

2. The settlement conference should be continued to April 8, 2015.

**SO STIPULATED**

Dated:    September 19, 2014                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

/S/  *Matthew J. Besmer*

MATTHEW T. BESMER
Deputy Attorney General
*Attorneys for Defendants*
*Department of Developmental Services,*
*Douglas Loehner and Michael Flores*

Dated:   September 19, 2014                    LAW OFFICES OF LAWRENCE J. KING

/S/  *Lawrence J. King*
_____
Lawrence J. King, Attorney for
Plaintiffs

Dated:  September 19, 2014                    JEFFERY BRADLEY

/S/  *Jeffery Bradley*
_____
Jeffery Bradley
Pro Per

2

1

**ORDER**

2      The Court having reviewed the foregoing Stipulation, and for good cause appearing, IT IS

3 HEREBY ORDERED that:

4      1.  The settlement conference currently scheduled for September 30, 2014, is VACATED;

5 and

6      2. The settlement conference is **CONTINUED** to April 8, 2015 at 9:30 a.m.

7

8 IT IS SO ORDERED.

9      Dated:   __September 22, 2014__        ___/s/ *Barbara A. McAuliffe*___

10                                          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28