IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES,**<br><br>Defendants. | 1:13-cv-00541-LJO-BAM<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFFS RE DEFENDANT SCOTT GARDNER AND MARK RODRIQUEZ** |

TO PLAINTIFFS AND PLAINTIFFS' COUNSEL:

Two originally named defendants, Scott Gardner and Mark Rodriguez, remain on the Court's docket, and no appearances have been made by these individuals. The Third Amended Complaint (Doc. 95) does not name either Scott Gardner or Mark Rodriguez. The Third Amended Complaint, however, contains allegations against Scott Gardner.

On or before January 30, 2015, Plaintiffs shall show cause in writing as to whether Scott Gardner and Mark Rodriguez should be removed from the Court's docket as they are no longer

1

defendants in the Third Amended Complaint.  If Plaintiff contends that either Scott Gardner or Mark Rodriguez remain as a defendant, Plaintiff shall show cause in writing why Scott Gardner and/or Mark Rodriguez should not be dismissed for failure to comply with Fed.R.Civ.P. 4(m).

IT IS SO ORDERED.

Dated:   **January 23, 2015**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE