IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES,**<br><br>Defendants. | 1:13-cv-00541-LJO-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE TO PLAINTIFFS RE DEFENDANT SCOTT GARDNER AND MARK RODRIQUEZ**<br><br>Doc. 155 |

On January 23, 2015, this Court issued an Order to Show Cause to Plaintiffs regarding defendants Scott Gardner and Mark Rodriguez. On January 23, 2015, Plaintiffs responded to the Order to Show Cause. Based upon the representations in Plaintiffs' response, the Court DISCHARGES the Order to Show cause.

IT IS SO ORDERED.

Dated: __**January 26, 2015**__                    /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28