IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES,**<br><br>Defendants. | 1:13-cv-00541-LJO-BAM<br><br>**ORDER THAT THE CLERK SHALL ADMINISTRATIVELY TERMINATE DEFENDANTS SCOTT GARDNER AND MARK RODRIQUEZ ON THE DOCKET** |

On January 23, 2015, this Court issued an Order to Show Cause to Plaintiffs regarding defendants Scott Gardner and Mark Rodriguez. On January 23, 2015, Plaintiffs responded to the Order to Show Cause. Plaintiffs indicate that a previous dismissal of former Plaintiffs Huff and Woodside and all of their claims (Doc. 62) dismissed any claim in which Scott Gardner and Mark Anthony Rodriquez were named as defendants and could be held personally liable. Accordingly, as no claims are pending against these defendants, the Clerk shall administratively terminate Scott Gardner and Mark Rodriguez on the Court's docket as defendants.

IT IS SO ORDERED.

Dated:   **January 26, 2015**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE

1