1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JUDITH A. RECCHIO, State Bar No. 163060
   Supervising Deputy Attorney General
3  AMY LINDSEY DOYLE State Bar No. 242205
   Deputy Attorney General
4  MATTHEW T. BESMER, State Bar No. 269138
   Deputy Attorney General
5    2550 Mariposa Mall, Room 5090
     Fresno, CA  93721
6    Telephone:  (559) 477-1680
     Fax:  (559) 445-5106
7    E-mail:  Matthew.Besmer@doj.ca.gov
   *Attorneys for Defendants Department of*
8  *Developmental Services, Douglas Loehner and*
   *Michael Flores*
9

10 LAWRENCE J. KING (BAR NO. 120805)
   Law Offices of Lawrence J. King
11 11 Western Avenue
   Petaluma, CA 94952
12 Telephone:  (707) 769-9791
   Facsimile:  (707) 769-9253
13
   Attorney for Plaintiffs Arcure,
14 Cook & Fesenden

15

16                    IN THE UNITED STATES DISTRICT COURT

17                   FOR THE EASTERN DISTRICT OF CALIFORNIA

18                              FRESNO DIVISION

| 19 | **YVONNE ARCURE, KEVIN COOK, &** | 1:13-cv-00541-LJO-BAM |
|---|---|---|
| 20 | **JOSEPH FESSENDEN,** | |
| 21 | Plaintiffs, | **STIPULATED ORDER TO RESOLVE DISCOVERY DISPUTE REGARDING PLAINTIFF COOK'S MEDICAL** |
| 22 | v. | **RECORDS (SEE DOC. 141);  ORDER** |
| 23 | **CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES,** | |
| 24 | **DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER,** | |
| 25 | **DAVID CORRAL, & MICHAEL FLORES,** | |
| 26 | Defendants. | |

27

28

**STIPULATION**

Plaintiff and Defendant California Department of Developmental Services ("DDS") have reached an agreement that resolves their discovery dispute regarding three of DDS's subpoenas for Plaintiff Cook's medical and mental health records that are the subject of a motion for a protective order (Doc. 141). The terms of the stipulation are as follows:

1. All of Plaintiff Cook's medical and mental health records that have been subpoenaed by DDS shall be produced to Matthew Besmer, Deputy Attorney General, but may only be used for purposes of this litigation and may only be shared with the following, without further stipulation of the parties or order of the Court:

- Members of the California Attorney General's Office working on this case;
- Hiren Patel;
- Kate Jeffries;
- A medical expert of defense counsel's choice.

2. Information obtained from Cook's medical records may be used for appropriate personnel actions only with prior approval from the Court.

**SO STIPULATED**

Dated: February 6, 2015               Respectfully submitted,

                                      KAMALA D. HARRIS
                                      Attorney General of California
                                      JUDITH A. RECCHIO
                                      Supervising Deputy Attorney General

                                      //s// *Matthew T. Besmer*

                                      MATTHEW T. BESMER
                                      Deputy Attorney General
                                      *Attorneys for Defendants*

Dated: February      , 2015               LAW OFFICES OF LAWRENCE J. KING


                                               /s/ Lawrence J. King
                                             Lawrence J. King
                                             Attorney for Plaintiff Cook


## ORDER ON STIPULATION

Having considered the stipulated order to resolve the discovery dispute regarding Plaintiff Cook's medical records and the motion for a protective order concerning those records production (Doc. 146), the Court adopts the stipulation in its entirety.  This Order terminates plaintiffs' motion for protective order.  (Doc. 141.)

IT IS SO ORDERED.

Dated:   **February 9, 2015**               /s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE