**LAWRENCE J. KING (BAR NO. 120805)**
**Law Offices of Lawrence J. King**
**11 Western Avenue**
**Petaluma, CA 94952**
**Telephone: (707) 769-9791**
**Facsimile: (707) 769-9253**

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES,<br><br>Defendants. | Case No. 1:13-cv-00541-LJO-BAM<br><br>**STIPULATION CONCERNING JOSEPH FESSENDEN'S ABSENCE FROM THE APRIL 8, 2015 SETTLEMENT CONFERENCE ORDER**<br><br>Settlement Conf. Date: April 8, 2015<br>Settlement Conf. Time: 9:30 a.m.<br>Courtroom: 8<br>Judge: The Hon. Barbara McAuliffe<br>Case Filed: April 14, 2013<br>Trial Date: November 17, 2015 |

**NOW COME THE PARTIES WHO STIPULATE AS FOLLOWS:**

1. WHEREAS, Joseph Fessenden is unavailable to attend the settlement conference due to his recent hire by the California Department of Corrections & Rehabilitation ("CDCR") and the attendant requirement that he complete the CDCR Academy;

2. WHEREAS, Counsel for Mr. Fesssenden has represented that Mr. Fessenden has granted him full authority to settle Mr. Fessenden's claims and that Mr. Fessenden's absence will not impeded the effort to reach a mutually agreeable settlement;

3. WHEREAS, counsel for the Department of Developmental Services ("DDS") has accepted Mr. Fessenden's counsel's representations;

4. WHEREAS, counsel for DDS and counsel for Mr. Fessenden have met and conferred concerning the potential settlement of Mr. Fessenden's claims and each have a clear understanding of the respective position of the parties concerning a potential settlement of Mr. Fessenden's claims;

5. THEREFORE, the parties, through their respective counsel, hereby jointly request that Mr. Fessenden be excused from attending the settlement conference in this case scheduled for April 8, 2015 at 9:30 in Courtroom number 8.

**IT IS SO STIPULATED**

Dated:  April 1, 15

KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

  /s/_____
MATTHEW T. BESMER
Deputy Attorney General
*Attorneys for Defendants*

Dated:  April 1, 15                           Law Offices Of Lawrence J. King

/s/_____
Lawrence J. King
*Attorney for Plaintiffs*

### ORDER

Having reviewed the parties' stipulation and based upon the representations in the stipulation that counsel has full settlement authority, and finding good cause therefor, the Court hereby grants the parties' joint request that Plaintiff Joseph Fessenden be excused from attending the settlement conference scheduled for April 8, 2015 at 9:30 a.m. in courtroom 8.

IT IS SO ORDERED.

Dated:  **April 1, 2015**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE