# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES,<br><br>Defendants. | 1:13-cv-00541-LJO-BAM<br><br>**ORDER REQUIRING DEFENDANT JEFFREY BRADLEY TO FILE A CONSENT/DECLINE TO MAGISTRATE JURISDICTION FORM** |

Defendant Bradley has not yet completed and filed a consent/decline to the jurisdiction of the United States Magistrate Judge form. This form must be completed so the Court can determine who the presiding judge will be in this case. Accordingly, no later than **June 19, 2015**, Defendant Jeffrey Bradley shall file a completed form.

The Clerk of the Court is directed to serve this order, along with a blank Consent to the

1

Jurisdiction of the United States Magistrate Judge form on Defendant Jeffrey Bradley at the following address:

>22910 Avenue 178
>Porterville, California 93257

*Failure to fully complete this form as ordered may result in the imposition of sanctions.*

IT IS SO ORDERED.

Dated: __**June 5, 2015**__       /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE