KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
AMY LINDSEY DOYLE State Bar No. 242205
Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants Department of Developmental Services, Douglas Loehner and Michael Flores*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES,**<br><br>Defendants. | 1:13-cv-00541-LJO-MJS<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

## BACKGROUND

This action was filed on April 16, 2013.  Doc. 1.  It began with five plaintiffs against seven defendants.  *Id.*  Two plaintiffs, Lisa Huff and Kathren Woodside, settled their claims on September 23, 2013.  Doc. 44.  Defendant Department of Developmental Services ("DDS") settled the claims of Plaintiffs Yvonne Arcure and Joseph Fessenden on April 8, 2015.  With the

1

exception of Jeffery Bradley, all of the individual defendants have been or will be dismissed.

Presently there is one remaining plaintiff, Kevin Cook ("Cook") who is represented by Lawrence J. King, and two remaining defendants, DDS, represented by the California Attorney General, and Jeffery Bradley ("Bradley") who is proceeding pro se.  Cook alleges three causes of action: two for retaliation under the FEHA and Title VII against DDS; and one under the California Whistleblower Protection Act against DDS and Bradley.

The final consent to magistrate jurisdiction was filed by Bradley on June 23, 2015 (Doc. 184), and this case was assigned to Magistrate Seng (Doc. 185).

**FACT DISCOVERY**

With few exceptions, fact discovery closed on March 2, 2015.  Doc. 117.  Before then, DDS had started Bradley's deposition and the parties agreed to reconvene for a second day. DDS served a deposition notice for day two for February 18, 2015, and plaintiffs served their deposition notice before the discover cutoff.  At the time, criminal charges against Bradley were pending and Bradley stated he was unavailable for further deposition until those charges were resolved.  Since then, the criminal matter has resolved.  As a result, the parties need to reopen discovery for purposes of completing Bradley's deposition.

**EXPERT DISCOVERY**

Expert disclosures were due on April 1, 2015, and expert discovery closed on June 1, 2015. Doc. 117.   By agreement, DDS and the plaintiffs postponed expert disclosures to reduce costs because settlement became a strong possibility, and indeed, DDS settled with two of the three remaining individual plaintiffs on April 8, 2015.  While the parties remain optimistic that they may reach a settlement on Cook's claims, the parties need to reopen expert discovery in order to get a clearer read concerning Cook's economic damages.  Such discovery may assist the parties in reaching a settlement of Cook's claims.  In addition, such discovery will be necessary to prepare the parties for trial in the event the parties do not settle Cook's claims.

**SUMMARY JUDGMENT DUE DATE**

Motions for summary judgment are due on July 10, 2015.  Doc. 117.  DDS's counsel, Matthew Besmer, was in trial in the matter of *Sanchez v .State of California, District Court for*

1  *the Eastern District of California, Case No. 1:12-cv-01835-SAB* from May 27, 2015, through
2  June 11, 2015.  He is presently consumed by post-trial matters.  From June 22, 2015, through
3  June 26, 2015, he was performing military duty.  These conflicts have made timely preparing a
4  motion for summary judgment challenging, and his co-counsel, Amy LindseyDoyle has likewise
5  been consumed by other matters. As a result, DDS needs to continue the motion for summary
6  judgment filing date.

7  **TRIAL DATES**

8      A 10 to 15 day jury trial is scheduled to begin on November 17, 2015.  DDS's counsel,
9  Amy LindseyDoyle,  is pregnant and is scheduled to be off work on maternity leave from October
10 15, 2015, through January 31, 2016.  DDS contends that both Mr. Besmer and Ms. LindseyDoyle
11 are needed to serve on the trial team to properly defend against Cook's claims. As a result, DDS
12 needs to continue the trial dates.

13     BASED ON THE FOREGOING, the parties stipulate as follows:

14     1. Defendant DDS shall take its second day of Bradley's deposition on before
15 October 2, 2015;  Plaintiff Cook shall take two days of Bradley's deposition on October 6 & 7,
16 2015.

17     2. Expert disclosures are due by October 1, 2015, supplemental disclosures are due
18 by December 15, 2015, and expert discovery closes on January 15, 2016.

19     3. Motions for summary judgment are due on or before November 1, 2015.
20 Oppositions are due on December 1, 2015; Replies are due on December 15, 2015.

21     4. The parties shall appear at a telephonic status conference for the purpose of setting
22 a new trial date in light of this stipulation.

26 / / /
27 / / /
28 / / /

3

1  SO STIPULATED.

2

3  Dated:  July 8, 2015                                  Respectfully submitted,

4                                                        KAMALA D. HARRIS
                                                         Attorney General of California
5                                                        JUDITH A. RECCHIO
                                                         Supervising Deputy Attorney General
6

7                                                        /s/ *Matthew T. Besmer*

8                                                        MATTHEW T. BESMER
                                                         Deputy Attorney General
9                                                        *Attorneys for Defendants*

10

11 Dated: July 8, 2015                                   LAW OFFICES OF LAWRENCE J. KING

12

13                                                       /s/ *Lawrence J. King*

14                                                       _____
                                                         Lawrence J. King
15                                                       Attorney for Plaintiff

16

17

18 Dated:   July 7, 2015                                 /s/ *Jeffrey Bradley*

19                                                       _____
                                                         Jeffrey Bradley, Pro Per
20                                                        Defendant

21

22

23

24

25

26

27

28

4

**ORDER**

Good cause appearing on the parties' Stipulation to Amend Scheduling Order, it is hereby ORDERED that:

1. The second day of Bradley's deposition by Defendant shall be taken on or before October 2, 2015; Plaintiff shall take two days of Bradley's deposition on October 6 & 7, 2015.

2. Expert disclosures are due by October 1, 2015, supplemental disclosures are due by December 15, 2015, and expert discovery closes on January 15, 2016.

3. Motions for summary judgment are due on or before November 1, 2015. Oppositions are due on December, 1, 2015; Replies are due on December 15, 2015.

4. A telephonic conference shall be held on January 7, 2016 at 10:00 AM for the purpose of setting a new trial date in light of this stipulation.

IT IS SO ORDERED.

Dated:   July 10, 2015                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE