**LAWRENCE J. KING (BAR NO. 120805)**
Law Offices of Lawrence J. King
11 Western Avenue
Petaluma, CA 94952
Telephone: (707) 769-9791
Facsimile: (707) 769-9253

**Attorney for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| YVONNE ARCURE, KEVIN COOK, JOSEPH FESSENDEN, LISA HUFF & KATHREN WOODSIDE,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, SCOTT GARDNER, DOUGLAS LOEHNER, DAVID CORRAL, MICHAEL FLORES, and MARK RODRIGUEZ,<br><br>Defendants. | Case No. 1:13-cv-00541-MJS<br><br>**STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER**<br><br>Judge:   Hon. Michael J. Seng<br>Ctrm:    6<br><br>Case Filed:  April 14, 2013<br><br>Trial Date:  November 17, 2015 |

**NOW COME THE PARTIES HERETO** to notify the Court that Yvonne Arcure and Joseph Fessenden have reached a settlement with all defendants in this case of the claims they have asserted herein and by which they have released any and all claims they may have had against the State of California, its employees, and its agents up to an through the date that settlement was reached, i.e. April 8, 2015. Pursuant to the settlement agreement, each party is to bear their own costs and attorney's fees.

\\

\\

\\

Accordingly, **THE PARTIES HERETO** hereby request that the Court dismiss with prejudice **YVONNE ARCURE AND JOSEPH FESSENDEN'S** claims in this case. Further, the parties request that Defendants Douglas Loehner and Michael Flores be dismissed with prejudice. This dismissal has no effect or legal impact on the claims of the remaining plaintiff, Kevin Cook.

Dated: July 10, 2015                    Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE J. KING


                                        By:  /s/_____
                                             Lawrence J. King
                                             Attorney For Plaintiffs



Dated:  July 10, 2015                   OFFICE OF THE ATTORNEY GENERAL


                                        By: /s/_____
                                            Matthew Besmer
                                            Deputy Attorney General
                                            Attorneys for Defendants (Except Jeffrey Bradley)


### ORDER

Having reviewed the parties stipulated request for dismissal of Yvonne Arcure and Joseph Fessenden's claims in **Case No. 1:13-cv-00541-MJS** and finding good cause therefore, the Court hereby dismisses with prejudice the claims that Plaintiffs Yvonne Arcure & Joseph Fessenden asserted in this case. Further, Defendants Douglas Loehner and Michael Flores are dismissed with

prejudice. This dismissal has no effect or legal impact on the claims of the remaining plaintiff, Kevin Cook.

IT IS SO ORDERED.

Dated: July 10, 2015                  /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE