LAWRENCE J. KING (BAR NO. 120805)
Law Offices of Lawrence J. King
11 Western Avenue
Petaluma, CA 94952
Telephone: (707) 769-9791
Facsimile: (707) 769-9253
kingesq@pacbell.net

Attorney for Plaintiff Kevin Cook


KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
AMY LINDSEY DOYLE State Bar No. 242205
Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721
Telephone: (559) 477-1680
Fax: (559) 445-5106
E-mail: Matthew.Besmer@doj.ca.gov

Attorneys for Defendant Department of
Developmental Services

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES,<br><br>Defendant. | Case No. 1:13-cv-00541-MJS<br><br>**STIPULATION REQUESTING A CONTINUANCE OF PRETRIAL DATES**<br><br>Judge:   Hon. Michael J. Seng<br>Ctrm:    6, 7TH Floor<br><br>Case Filed: April 14, 2013<br><br>Trial Date: October 4, 2016 |

NOW COME THE PARTIES, by and through their respective attorneys of record, and stipulate as follows:

1

**STIPULATION REQUESTING A CONTINUANCE OF PRETRIAL DATES**

1     **WHEREAS,** counsel for Plaintiff Kevin Cook will be out of state the first few weeks of August and on the date the joint pretrial statement is due, i.e. August 12, 2016;

    **WHEREAS,** counsel for Defendants, Matthew Besmer will be in an administrative hearing from August 8, 2016, through August 12, 2016;

    The parties hereby jointly request that the deadline for filing the joint pretrial conference statement, currently set for August 12, 2016, be continued until August 26, 2016 and the pretrial conference, currently schedule for August 26, 2016 at 9:20 a.m., be re-scheduled for September 7, 2016 at 1:30 p.m. in Department 6, before the Honorable Michael J. Seng, United States Magistrate.

**IT IS SO STIPULATED**

Dated: July 26, 16

    KAMALA D. HARRIS
    Attorney General of California
    JUDITH A. RECCHIO
    Supervising Deputy Attorney General

    /s/_____
    MATTHEW T. BESMER
    Deputy Attorney General
    *Attorneys for Defendant the California Department of Developmental services*

Dated: July 26, 16      Law Offices Of Lawrence J. King

    /s/_____
    Lawrence J. King
    *Attorney for Plaintiff Kevin Cook*

# ORDER

Having reviewed the parties stipulation and finding good cause for the request jointly made therein, it is hereby ordered that the deadline for filing the joint pretrial conference statement, currently set for August 12, 2016, be continued until August 26, 2016 and the pretrial conference, currently schedule for August 26, 2016 at 9:30 a.m., be re-scheduled for September 7, 2016 at 1:30 p.m. in Department 6.

IT IS SO ORDERED.

Dated:   July 26, 2016                              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

**STIPULATION REQUESTING A CONTINUANCE OF PRETRIAL DATES**