KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
AMY LINDSEY-DOYLE, State Bar No. 242205
Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA 93721
 Telephone: (559) 477-1680
 Fax: (559) 445-5106
 E-mail: Matthew.Besmer@doj.ca.gov
*Attorneys for Defendant Department of Developmental Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **YVONNE ARCURE, KEVIN COOK, & JOSEPH FESSENDEN,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, DEBORAH MEEKER, JEFFREY BRADLEY, DOUGLAS LOEHNER, DAVID CORRAL, & MICHAEL FLORES,**<br><br>Defendants. | 1:13-cv-00541-MJS<br><br>**DEFENDANT CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES' APPLICATION TO SHORTEN TIME TO HEAR RULE 11 MOTION;**<br><br>**DECLARATION OF MATTHEW T. BESMER IN SUPPORT; AND**<br><br>**ORDER**<br><br>Date: September 14, 2016<br>Time: 2:00<br>Courtroom: 6<br>Judge: The Honorable Michael J. Seng<br><br>Trial Date: October 4, 2016<br>Action Filed: April 16, 2013 |

Pursuant to Local Rule 144(e), the California Department of Developmental Services applies for an order shortening time to hear its Rule 11 Motion filed on September 9, 2016. *See* ECF No. 243. The accompanying declaration of Matthew T. Besmer sets forth the circumstances that justify the issuance of an order shortening time.

1

| | | |
|---|---|---|
| 1 | Dated: September 9, 2016 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | | DAVID J. NEILL<br>Supervising Deputy Attorney General |
| 3 | | AMY LINDSEY-DOYLE<br>Deputy Attorney General |

*Matthew T. Besmer*

MATTHEW T. BESMER
Deputy Attorney General
*Attorneys for Defendants*
*Department of Developmental Services*

SA2013110942
95197382.doc

2

Defendant California Department of Developmental Services' Application to Shorten Time to Hear Rule 11 Motion; Declaration of Matthew T. Besmer; [Proposed] Order (1:13-cv-00541-MJS)

### DECLARATION OF MATTHEW T. BESMER

I, Matthew T. Besmer, declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice. I am counsel of record for Defendant California Department of Developmental Services ("DDS").

2. On August 16, 2016, I caused DDS's Rule 11 motion to be served on Plaintiff Kevin Cook's counsel, Larry King. After the safe harbor period expired, I filed the motion on September 9, 2016. *See* ECF No. 243.

3. On August 29, 2016, I met and conferred on the phone with Mr. King about the Rule 11 motion. We have genuine disagreements about the motion. During that phone call, I informed Mr. King that we would be filing the motion on September 9, 2016, and that we would also be applying for an order shortening time to have the motion heard during the pre-trial conference on September 14, 2016.

4. The Rule 11 motion pertains to Plaintiff's expert disclosures filed and served on August 10, 2016. ECF No. 238. The motion argues that his disclosures should be withdrawn because they are not supported by the facts or law, and they were made to needlessly increase the costs of litigation.

5. Trial is scheduled to begin on October 4, 2016. As a result, a resolution of DDS's Rule 11 motion is needed as soon as possible. If the Court rules in DDS's favor, then DDS can avoid counter designating an expert and deposing Cook's expert. If the Court denies DDS's motion, then DDS will need to determine whether to counter designate an expert (and potentially ask for an extension of time to do so) and depose Cook's expert. According to the Order on the parties' stipulation regarding expert designations, supplemental expert disclosures are due on September 24, 2016, and expert discovery closes on October 24, 2016 (after the date trial is expected to conclude). *See* ECF No. 199, Order ¶ 3.

5. Plaintiff should experience, minimal, if any prejudice by an order shortening time to hear the Rule 11 motion on September 14, 2016. Plaintiff has had the Rule 11 motion since August 16, 2016, and has had time to consider its arguments and formulate an opposition. The

3

Defendant California Department of Developmental Services' Application to Shorten Time to Hear Rule 11 Motion; Declaration of Matthew T. Besmer; [Proposed] Order (1:13-cv-00541-MJS)

notice of motion also advised Plaintiff "that upon the expiration of the safe harbor period under Rule 11(c)(2), DDS will file this motion and supporting documents *along with an ex parte application to shorten time to hear the motion as soon as possible.*" Therefore, Plaintiff has had notice since August 16, 2016, that DDS would be seeking to have this motion heard as soon as possible.

I declare under penalty of perjury under the laws of the United States and State and California that the foregoing is true and correct.

Executed on September 9, 2016, at Fresno, California.

*Matthew T. Besmer*
                    Matthew T. Besmer

4

Defendant California Department of Developmental Services' Application to Shorten Time to Hear Rule 11 Motion; Declaration of Matthew T. Besmer; [Proposed] Order (1:13-cv-00541-MJS)

**ORDER**

Having considered Defendant California Department of Developmental Services' Application to Shorten Time to Hear Rule 11 Motion, and good cause appearing, it is HEREBY ordered that:

1. The hearing on Defendant's Rule 11 motion shall be held September 14, 2016, at 3:30 p.m., at the Yosemite Court. The parties may appear telephonically by dialing 888.204.5984 and entering access code 4446176.
2. Plaintiff's opposition to the motion, if any, shall be due on or before 3:30 p.m September 13, 2016.
3. There shall be no Reply briefing.

IT IS SO ORDERED.

Dated:   September 12, 2016          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE