UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ARCURE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES, et al.,<br><br>Defendants. | CASE NO. 1:13-cv-00541-MJS (PC)<br><br>**ORDER REGARDING WITNESS SUBPOENAS**<br><br>**AND**<br><br>**ORDER TO SUPOENAED WITNESSES** |

The matter came before the Court on September 14, 2016, for a pretrial conference and hearing on a motion. Inasmuch as the conference and hearing identified issues in need of resolution prior to trial, the trial date was continued from October 4, 2016 to January 26, 2017 at 8:30 a.m.

Accordingly, it is HEREBY ORDERED that all trial subpoenas previously issued and properly served in this case shall remain in full force and effect, but the witness report date shall be, and hereby is, continued from September 14, 2016, to January 26, 2017 at 8:30 a.m. Any person or entity already served with a subpoena to appear as a trial witness on September 14, 2016, is hereby ORDERED instead to appear on January

26, 2017.

    This Order shall have the same force and effect as the subpoena served on said witness and will be enforced as such.

IT IS SO ORDERED.

Dated:   September 15, 2016      /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE