# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COOK,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES,<br><br>  Defendant. | Case No. 1:13-cv-00541-MJS<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN 180 DAYS |

The Court conducted a settlement conference in this action on December 13, 2016, with the parties remaining in this action, Plaintiff Kevin Cook and Defendant California Department of Developmental Services. During the conference, the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within 180 days of the date of service of this order; and

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties should an issue arise before dismissal.

IT IS SO ORDERED.

Dated:   **December 14, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1